## BRADSHAW *v.* THE STATE.

COBB, J.   The evidence demanded the verdict rendered, and there being no error of law committed, the court did not err in overruling the motion for a new trial.

> *Judgment affirmed.  All the Justices concurring.*

Argued May 2, — Decided May 24, 1898.

Indictment for murder.   Before Judge Reese.   Glascock superior court.   February term, 1898.

*K. J. Hawkins,* for plaintiff in error.   *J. M. Terrell, attorney-general,* and *R. H. Lewis, solicitor-general,* by *Harrison & Bryan,* contra.

---

## HARRIS *v.* THE STATE.

LUMPKIN, P. J.   A verdict directly supported by testimony and approved by the trial judge will not be set aside by this court as being contrary to law and the evidence.

> *Judgment affirmed.  All the Justices concurring.*

Submitted May 2, — Decided May 24, 1898.

Accusation of pointing a pistol at another.   Before Judge Berry.   Criminal court of Atlanta.   February term, 1898.

*Upshaw & Robinson,* for plaintiff in error.

*James F. O'Neill, solicitor,* contra.